JOSEPH J. NOLAN ET ALS. APPEAL FROM AN ORDER
OF THE RAILROAD COMMISSIONERS.

Third Judicial District, New Haven, June Term, 1911.
HALL, C. J., PRENTICE, THAYER, RORABACK and WHEELER, JS.

*City of Waterbury's Appeal, ante,* p. 581, reaffirmed and followed.

Argued June 9th—decided July 31st, 1911.

APPEAL from an order of the board of railroad com-
missioners authorizing the New York, New Haven and
Hartford Railroad Company to construct a side track,
to be used for switching purposes, across a public high-
way at grade, taken to, and tried by, the Superior
Court in New Haven County, *Reed, J.;* judgment ren-
dered affirming the order of the railroad commissioners,
and appeal to this court by Joseph J. Nolan and others,
citizens and taxpayers of the city of Waterbury. *Er-
ror; judgment of the Superior Court set aside, and cause
remanded with direction to disaffirm and annul said order
of the railroad commissioners.*

*Francis P Guilfoile* and *Dennis J. Slavin,* for the
appellants.

*Terrence F. Carmody,* for the Scovill Manufacturing
Company and the New York, New Haven and Hartford
Railroad Company, appellees.

HALL, C. J. This case, and the case of the Appeal of
the Mayor and Board of Aldermen of Waterbury from
an Order of the Railroad Commissioners, *ante,* p. 581,
were argued together in this court upon the same find-
ing of facts and reasons of appeal; and the opinion and

judgment of this court as reported in that case is, *mutatis mutandis,* the opinion and judgment of this court in the present case.

In this opinion the other judges concurred.